THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GABRIELA HERNANDEZ-NUNEZ, § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | CIVIL ACTION NO. 4:13-cv-02458 |
| § | (JURY) |
| QUALITY CHRISTMAS TREES, LTD. § | |
| D/B/A HOUSTON GARDEN CENTERS, § | |
| § | |
| Defendant. § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE GRAY H. MILLER:

Plaintiff Gabriela Hernandez-Nunez and Defendant Quality Christmas Trees, Ltd. D/B/A Houston Garden Center (collectively, the "Parties") file this Joint Stipulation of Dismissal With Prejudice as follows:

1. The Parties have settled and compromised their claims and no longer wish to pursue their claims against each other, if any, made the basis of the above-captioned matter and request that this matter be dismissed with prejudice to refiling of same with all costs incurred taxed against the Party incurring such costs.

Respectfully submitted,

*/s/ Mark Siurek*
Mark Siurek
TBA# 18447900
Federal ID# 9417
3334 Richmond, Suite 100
Houston, Texas  77098
713-522-0066 (telephone)
713-522-9977 (fax)

ATTORNEY-IN-CHARGE FOR PLAINTIFFS
OF COUNSEL:

WARREN & SIUREK, L.L.P.
Patricia Haylon
TBA# 09281925
Federal ID# 13941
3334 Richmond, Suite 100
Houston, Texas 77098
713-522-0066 (telephone)
713-522-9977 (fax)


_____/s/ Jerrad Bloome /PH_____
Jerrad D. Bloome
Weycer, Kaplan, Pulaski & Zuber, P.C.
TBA#24001755
Fed. I.D. 21996
Eleven Greenway, Suite 1400
Houston, Texas 77046
713-961-9045 (telephone)
713-961-5341 (fax)
jbloome@wkpz.com

ATTORNEY-IN-CHARGE FOR DEFENDANT

OF COUNSEL:
Mark Levine
Weycer, Kaplan, Pulaski & Zuber, P.C.
Eleven Greenway, Suite 1400
Houston, Texas 77046
713-961-9045 (telephone)
713-961-5341 (fax)
mlevine@wkpz.com