## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| GABRIELA HERNANDEZ-NUNEZ, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-13-2458 |
| | § | |
| QUALITY CHRISTMAS TREES, LTD., | § | |
| | § | |
| *Defendant*. | § | |

### ORDER

The joint stipulation of dismissal with prejudice (Dkt. 14) is GRANTED.  It is therefore

ORDERED that this case of action is DISMISSED with prejudice.

Signed at Houston, Texas on October 9, 2014.

_____
Gray H. Miller
United States District Judge